In the Matter of EDWARD McDONNELL, Appellant, against ABRAM W. SKIDMORE, as Commissioner of the Police Department of the County of Nassau, et al., Respondents.

Argued January 4, 1944; decided January 6, 1944.

*Saul B. Bradie, Leonard Acker, Philip Waters* and *Sidney S. Hein* for appellant.

*Marcus P. Christ, County Attorney (J. Oakey McKnight* of counsel), for respondents.

Appeal dismissed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.